THE NATIONAL BANK OF LANCASTER, A CORPORATION UNDER THE LAWS OF THE UNITED STATES, *et al.*, APPELLANTS, VS. A. P. NEWHEART, M. E. NEWHEART AND B. M. BURDETTE, APPELLEES.

Appellate Practice—Parties to Appeals—Abbreviation *"et al."* Insufficient to Designate Parties to Appeal.

All parties jointly affected by a joint decree appealed from are necessary parties to such appeal, and should be individually named therein. They can not be included in such appeal by the use of the abbreviation *"et al."* Parties *appellant* omitted from an appeal can not be made parties thereto after the expiration of the time prescribed by law for taking appeals.

Appeal from the Circuit Court for Orange county.

The facts in the case are stated in the opinion of the court.

Gonzales *et al.* v. DeFuniak Havana Tob. Co.—Syllabus.

*Beggs & Palmer*, for Appellants.

*Jones & Jones*, for Appellees.

PER CURIAM:

This cause coming on for adjudication upon a re-hearing thereof heretofore granted, and it appearing to the court that the decree appealed from is a joint decree against the only appellant before the court and several others who are not made parties to the appeal except by the use of the abbreviation "*et al.*," which is ineffec-tual, and that said several omitted parties are necessary parties appellant, and can not now be brought in as par-ties appellant because the time has expired in which they can take an appeal, it is, therefore, ordered that the appeal in said cause be, and the same is, hereby dis-missed.  State *ex rel.* Andreu v. Canfield, 40 Fla. 36, 23 South. Rep. 591; Cornell v. Franklin, 40 Fla. 149, 23 South. Rep. 589; Whitlock v. Willard, 18 Fla. 156; Castleman v. Holmes, 7 T. B. Mon. (Ky.) 591.